IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODNEY M. NEAL,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTH SIOUX CITY POLICE DEPARTMENT, and MATTHEW HATTERMANN, Police Officer;<br><br>Defendants. | 8:25CV148<br><br>**MEMORANDUM AND ORDER** |

On March 3, 2025, the Court ordered Plaintiff to pay the $405.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 4. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 14th day of April, 2025.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge